RECEIVED
IN CLERK'S OFFICE
JUL 30 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT
801 Broadway
Nashville, TN 37203

July 24th, 13 (1-of-2)

I was placed on Protective Custody (P.C.) for acquiring about a person that has Hepatitis C, possibly **HIV** which this person was forced to be housed in 2C-304 which is the living quarters that I've resided in while I been in Sumner County Jail since April 6th, 13. I acquired to the officer Compton who was working that day of July 24th, 13 if this person did in fact have these diseases that I could'nt house with him due to health **risk**. Off. Compton talked to LT. Bean, Sgt. Stults who advised him (Compton) to lock me down in a solitary situation for my own protection.

 I had my girlfriend call this jail on the night of July 24th, 13 and she was told that I had to request to be took off of Protective Custody...

 I went to visit at 10:00 AM on July 25th, 13. The people who came was my mother Patricia Ann Roper, my son Alexander Guerrero, my girlfriend Sarah Gregory. Both my mother and girlfriend was told that I would

be taken off once I requested to be took off.

It was stated to my family that I was put on Protective Custody also because I was a threat to myself, others. While my stay in Sumner County jail I neither caused harm to no-one or nor have I threatened myself, or anyone.

I've wrote on the Kiosk tracker machine that I would like to be removed from Protective Custody and I'm denied by LT. Bean, Sgt. Stults.. Which comes to this complaint of being targeted with prejudice, and retaliation of prior lawsuits from past of being biased against due to my religion of being a muslim.

Protective Custody is for purposes of possibly being put in harms way by someone, or in vice versa harming someone. I fit neither of those requirements.

I feel I'm being punished discretely with Protective Custody

Cont: 3-or-4

because I asked about wether a person with Hepatitis C, and possibly HIV being housed in a secluded cell living quarters with me. I'm only concerned about my health issues, and possibly contracting a foreign disease that could be detrimental to my health, or possibly my familys health upon my release from jail.

    There is a medical unit in Sumner County Jail which is where someone in his status should be instead of with people who could be vulnerable to catching this foreign disease.

    Due to me acquiring if this is lawful Ive been locked in my cell on Protective Custody for protection of not catching this disease but the other 40 inmates are able to still remain out in population... Ive been biased against, locked in a cell for punishment for acquiring health issues.

    Due to these noticeable

Cont: 4

prejudices I'm seeking a lawsuit for pain, suffering: by not able to call home when I want, being isolated for punishment because of acquiring about health risk. I'm not able to sleep from stressing whats the real reason for being biased against.

I'm seeking lawsuit for Abuse of Power: Due to me being inmate I'm sustained to have to accept the abuse of being treated any way due to me not being able to defend myself for whats right and its stressing my thoughts which makes me lose sleep. Its possibly retaliation for past lawsuit for religious reasons.

Witnesses:
1. Ofc. Compton
2. Patricia Roper
3. Sarah Gregory
4. Ofc. Harnage

Signed: Horatio D. Burford
Date: July 25TH, 13

Horatio Burford
July 26TH, 13

Kathy Creasy 7/26/13
Notary Public
Comm. Expires 6/21/16

(Notary seal: KATHY CREASY, NOTARY PUBLIC, STATE OF TENNESSEE, SUMNER COUNTY)

Rights Violated:
13th Amendment
Section #1: Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

I'm being locked in a cell 23 hours a day of punishment for not committing any offense of crime nor even so much as threatening anyone.