# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION


| | | |
|---|---|---|
| **HORATIO BURFORD** | ) | |
| **Plaintiff,** | ) | |
| | ) | **GENERAL DOCKET** |
| **v.** | ) | **No. 3:13-mc-0065** |
| | ) | **Judge Campbell** |
| **SUMNER COUNTY JAIL** | ) | |
| **Defendant.** | ) | |


## O R D E R


The Court has before it a *pro se* prisoner complaint (Docket Entry No.1). The plaintiff has

neglected, however, to either pay the fee required for the filing of the complaint ($400.00) or submit

a properly completed application to proceed in forma pauperis.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this

order on the docket in which to either pay the civil filing fee of four hundred dollars ($400.00) or

submit an application to proceed in forma pauperis along with a certified copy of his inmate trust

account statement for the previous six month period. 28 U.S.C. § 1915(a)(2). For his convenience,

the Clerk will provide the plaintiff with a blank application to proceed in forma pauperis with a copy

of Administrative Order No. 93.

The plaintiff is forewarned that, should he fail to comply with these instructions within the

specified period of time, the Court will presume that he is not a pauper, assess the filing fee and

order its collection from his inmate trust account, and dismiss the instant action for want of

prosecution. <u>McGore v. Wrigglesworth</u>, 114 F.3d 601, 606 (6th Cir. 1997).

1

It is so ORDERED.

_____

Todd Campbell
United States District Judge

2