UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **HORATIO BURFORD** ) | |
| Plaintiff, ) | |
| ) | **No. 3:13-cv-1164** |
| v. ) | **(No. 3:13-mc-0065)** |
| ) | **Judge Campbell** |
| **SUMNER COUNTY JAIL** ) | |
| Defendant. ) | |

## O R D E R

On September 9, 2013, an order (Docket Entry No. 2) was entered granting the plaintiff thirty (30) days in which to submit either the full filing fee of four hundred dollars ($400) or an application to proceed in forma pauperis.

The thirty day period has expired and the plaintiff has not yet complied with the instructions of the Court.[1] The Clerk, therefore, shall file the plaintiff's complaint (Docket Entry No. 1). This action is hereby DISMISSED for failure to comply with the instructions of the Court and for want of prosecution. Rule 41(b), Fed. R. Civ. P.

It is so ORDERED.

Todd Campbell
United States District Judge

---

[1] At the time this action was submitted, the plaintiff was an inmate at the Sumner County Jail in Gallatin, Tennessee. A copy of the deficiency order was sent to him at that facility but was returned "Not Here". Docket Entry No. 6. A telephone call to the Sumner County Jail has confirmed that the plaintiff was released from custody on August 28, 2013, for time served. He has not informed the Court of a new forwarding address for his mail.