UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| HORATIO BUFORD ) <br> ) <br> Plaintiff, ) <br> ) <br> ) Case No. 3:13-cv-1164 <br> ) Judge Campbell <br> v. ) <br> SUMNER COUNTY JAIL ) <br> ) <br> Defendant. ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on October 22, 2013.

                                                KEITH THROCKMORTON, CLERK

                                                s/   Hannah B. Blaney